IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02878-WYD-KLM

MELISSA ABBOTT,

        Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

        THIS MATTER comes before the Court on the Stipulation for Dismissal with

Prejudice (ECF No. 16), filed July 24, 2013.  After carefully reviewing the above-

captioned case, I find that this matter should be dismissed with prejudice pursuant to

Fed. R. Civ. 41(a)(1)(A).  Accordingly, it is ORDERED that this matter is **DISMISSED**

**WITH PREJUDICE**, each party to bear her or its own attorney fees and costs.

        Dated:  July 24, 2013

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge